UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, *on Behalf of Himself and all Other Persons Similarly Situated*,

Plaintiff,

– against –

LB ENTERPRISES, LLC.,

Defendant.

**ORDER**

25-cv-6988 (ER)

RAMOS, D.J.:

      Carlton Knowles brought this action on August 25, 2025.  Doc. 1.  Electronic summons issued on August 26, 2025.  Doc. 4.  Since then, there has been no further activity in the case.

      Knowles is therefore instructed to submit a status report by no later than April 10, 2026.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  Additionally, Knowles is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated:    April 3, 2026
           New York, New York

_____
EDGARDO RAMOS, U.S.D.J.